1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2700

5 | Attorneys for the United States

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   2:12-MC-00095-LKK-EFB
                                   )
12 |              Plaintiff,       )   STIPULATION AND ORDER EXTENDING
                                   )   TIME FOR FILING A COMPLAINT FOR
13 |       v.                      )   FORFEITURE AND/OR TO OBTAIN AN
                                   )   INDICTMENT ALLEGING FORFEITURE
14 | APPROXIMATELY $4,400.00 IN     )
U.S. CURRENCY,                     )
15 |                               )
                                   )
16 |              Defendant.       )
                                   )
17 | _____)

18 |        It is hereby stipulated by and between the United States of America and

19 | claimant Barbara Antonucci ("claimant"), by and through their respective attorneys, as

20 | follows:

21 |        1.  On or about August 22, 2012, claimant Barbara Antonucci filed a claim, in

22 | the administrative forfeiture proceedings, with the Internal Revenue Service -

23 | Criminal Investigation with respect to the Approximately $4,400.00 in U.S. Currency

24 | (hereafter the "defendant currency"), which was seized on or about June 27, 2012.

25 |        2.  The  Internal Revenue Service - Criminal Investigation has sent the written

26 | notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested

27 | parties.  The time has expired for any person to file a claim to the defendant currency

28 | under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim

1                    Stipulation and Order to Extend Time

1  to the defendant currency as required by law in the administrative forfeiture

2  proceeding.

3        3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

4  complaint for forfeiture against the defendant currency and/or to obtain an indictment

5  alleging that the defendant currency is subject to forfeiture within 90 days after a

6  claim has been filed in the administrative forfeiture proceedings, unless the court

7  extends the deadline for good cause shown or by agreement of the parties.  That

8  deadline is currently November 20, 2012.

9        4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to

10  extend to December 20, 2012, the time in which the United States is required to file a

11  civil complaint for forfeiture against the defendant currency and/or to obtain an

12  indictment alleging that the defendant currency is subject to forfeiture.

13        5.  Accordingly, the parties agree that the deadline by which the United States

14  shall be required to file a complaint for forfeiture against the defendant currency

15  and/or to obtain an indictment alleging that the defendant currency is subject to

16  forfeiture shall be extended to December 20, 2012.

17  Dated:  11/19/12                          BENJAMIN B. WAGNER
                                              United States Attorney
18

19                                           By: /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
20                                           Assistant U.S. Attorney

21

22  Dated:  11/19/12                          /s/ John R. Duree, Jr.
                                              JOHN R. DUREE, JR.
23                                           Attorney for claimant Barbara Antonucci
                                              (Authorized by phone)
24

25        **IT IS SO ORDERED.**

26  Dated: December 14, 2012.

27                                           _____
                                              LAWRENCE K. KARLTON
28                                           SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

                        2                   Stipulation and Order to Extend Time