BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-MC-00095-LKK-EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. ) | |
| ) | |
| APPROXIMATELY $4,400.00 IN ) | |
| U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between the United States of America and claimant Barbara Antonucci ("claimant"), by and through their respective attorneys, as follows:

1. On or about August 22, 2012, claimant Barbara Antonucci filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $4,400.00 in U.S. Currency (hereafter the "defendant currency"), which was seized on or about June 27, 2012.

2. The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim

1  to the defendant currency as required by law in the administrative forfeiture
2  proceeding.
3       3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
4  complaint for forfeiture against the defendant currency and/or to obtain an indictment
5  alleging that the defendant currency is subject to forfeiture within 90 days after a
6  claim has been filed in the administrative forfeiture proceedings, unless the court
7  extends the deadline for good cause shown or by agreement of the parties.  That
8  deadline was November 20, 2012.
9       4. By Stipulation and Order filed December 14, 2012, the parties stipulated to
10 extend to December 20, 2012, the time in which the United States is required to file a
11 civil complaint for forfeiture against the defendant currency and/or to obtain an
12 indictment alleging that the defendant currency is subject to forfeiture.
13      5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
14 further extend to January 22, 2013, the time in which the United States is required to
15 file a civil complaint for forfeiture against the defendant currency and/or to obtain an
16 indictment alleging that the defendant currency is subject to forfeiture.
17      6. Accordingly, the parties agree that the deadline by which the United States
18 shall be required to file a complaint for forfeiture against the defendant currency
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  and/or to obtain an indictment alleging that the defendant currency is subject to
2  forfeiture shall be extended to January 22, 2013.
3  Dated:  12/19/12                    BENJAMIN B. WAGNER
                                       United States Attorney
4
5                                      By: /s/ Kevin C. Khasigian
                                       KEVIN C. KHASIGIAN
6                                      Assistant U.S. Attorney
7
8  Dated:  12/18/12                    /s/ John R. Duree, Jr.
                                       JOHN R. DUREE, JR.
9                                      Attorney for claimant Barbara Antonucci
                                       (Authorized by email)
10
11     **IT IS SO ORDERED.**
12 Dated: December 19, 2012.
13
14
15                                     _____
                                       LAWRENCE K. KARLTON
16                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
17